UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DAVID JOSEPH ELKINS,

    Plaintiff,

WASHINGTON COUNTY, municipal corporation, WASHINGTON COUNTY SHERIFF, ROBERT GORDON, individually and in his official capacity, officer TODD DUNCAN, individually and in his official capacity, officer TOBY HARRIS, individually and his official capacity, officer ZIGGY LOPUSZYNSKI, individually and in his official capacity,

    Defendants.
_____

Civil No. 06-448-ST

ORDER

HAGGERTY, Chief Judge:

    Magistrate Judge Stewart issued a Findings and Recommendation in this action [112], in which the Magistrate Judge recommended that defendants' Motion for Summary Judgment [59] should be granted and plaintiff's Motion for Partial Summary Judgment [49] should be denied.

1    - ORDER

Plaintiff filed objections to the Findings and Recommendation, and the matter was then referred to this court.

At the outset, plaintiff's motion [116] requesting the court to delay ruling on the adoption of the Findings and Recommendation is denied as moot, because the underlying United States Supreme Court opinion has been issued.

When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report.  28 U.S.C. § 636(b)(1)(B); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

The objections were filed in a timely manner.  The court has given the file of this case a *de novo* review, and has also carefully evaluated the Magistrate's Findings and Recommendations, the objections, and the entire record.  Magistrate Judge Stewart provided a thorough analysis of the facts and circumstances regarding this litigation, and the analysis need not be repeated here. Accordingly, this court adopts the Findings and Recommendation as presented.

Plaintiff's objections have been scrutinized, and this court has undertaken a *de novo* review of the Findings and Recommendation at issue.  Plaintiff's motion to delay ruling [116] is denied as moot.  The Findings and Recommendation [112] is adopted in full.

IT IS SO ORDERED.

Dated this <u>3rd</u> day of May, 2007.

                                                  /s/ Ancer L. Haggerty
                                                    Ancer L. Haggerty
                                            United States District Judge